JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jarami Danyell Williams, | Case No. **ED CV 07-1060-JFW (OP)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Deputy Gil, | |
| Defendant. | |

The Court, having granted the Defendant Correctional Deputy Edward Gil's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Correctional Deputy Edward Gil was entitled to judgment as a matter of law on all claims for relief alleged against him,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Jarami Danyell Williams shall recover nothing from Defendant Correctional Deputy Edward Gil;

2.  Defendant Correctional Deputy Edward Gil shall have judgment in his favor on Plaintiff's entire action; and

```
 1        3.   Defendant Correctional Deputy Edward Gil shall
 2   recover from Plaintiff Jarami Danyell Williams costs of suit
 3   in the sum of $_____.
 4
 5        The Clerk is ordered to enter this Judgment.
 6
 7
 8   Dated: October 2, 2009          _____
 9                                        JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE
10
```